IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUE LEE,

    Petitioner,                No. CIV S-04-1277 DFL CMK P

    vs.

C. W. HARRISON,

    Respondent.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 10, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1 | proper analysis.[1]

2 | Accordingly, IT IS HEREBY ORDERED that:

3 | 1. The findings and recommendations filed August 10, 2005, are adopted in full;
4 | and
5 | 2. Respondent's motion to dismiss filed October 14, 2004, be granted.
6 | DATED: 9/9/2005

_____
DAVID F. LEVI
United States District Judge

---

[1] There is a typographical error at page 3, l. 4; "May 16, 2003" should be "May 16, 2004." The error does not affect the analysis.

2